# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DEBORAH PALANTI, ) <br> on behalf of Plaintiff and a class, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LAWBLE, INC., doing business ) <br> as SoloSuit and www.solosuit.com; ) <br> GEORGE A. SIMONS; and ) <br> SCOTT ERICKSON ) <br> ) <br> Defendants. ) | Case No. 1:23-cv-02365 <br><br> Hon. Steven C. Seeger |

## STIPULATION TO DISMISS

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and (ii), hereby stipulate to the dismissal of Plaintiff's individual claims against all Defendants with prejudice and without costs. The claims of the putative class members are dismissed against all Defendants without prejudice and without costs.

Respectfully submitted,

/s/ Tara L. Goodwin

Daniel A. Edelman (ARDC 0712094)
Tara L. Goodwin (ARDC 6297473)
Caileen M. Crecco (ARDC 6343265)
**EDELMAN, COMBS, LATTURNER**
    **& GOODWIN, LLC**
20 S. Clark St., Suite 1800
Chicago, IL 60603-1841
(312) 739-4200
(312) 419-0379 (FAX)
Email address for service:
courtecl@edcombs.com

*Counsel for Plaintiff*

/s/ Mark L. Hanover

Mark L. Hanover
Emily C. Eggmann
**DENTONS US LLP**
233 S. Wacker Dr., #5900
Chicago, IL 60606
(312) 876-8000
mark.hanover@dentons.com
emily.eggmann@dentons.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      Tara L. Goodwin certifies that on August 16, 2024, this document was filed via ECF, causing a copy to be sent to all counsel of record.

                                                */s/ Tara L. Goodwin*
                                                Tara L. Goodwin